1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 8 GEORGE MERCIER, | 2:06-CV-992 JCM (RJJ) |
| 9         Plaintiff, | |
| 10 v. | Date:      N/A<br>Time:      N/A |
| 11 | |
| 12 NEVADA STATE GOVERNOR, et al., | |
| 13         Defendants. | |

14

**ORDER**

15          Presently before the court is the report and recommendation of United States Magistrate

16 Judge Robert J. Johnston (Doc. # 3), filed on March 19, 2007.

17          Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge

18 on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the

19 magistrate judge's ruling.  Here, no objections were filed.

20          On March 19, 2007, Magistrate Judge Johnston recommended that plaintiff's application to

21 proceed in forma pauperis (Doc. # 1) be denied *without prejudice* and that his complaint be

22 dismissed *with prejudice*.  Upon review of the magistrate judge's findings and recommendation

23 (Doc. # 3) and there being no objections filed,

24 . . .

25 . . .

26 . . .

27 . . .

28

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Magistrate Judge

2  Johnston's report and recommendation (Doc. # 3) is AFFIRMED in its entirety.  The instant action

3  is hereby DISMISSED **with prejudice**.

4    DATED this 26th day of March, 2008.

5

6  _____

7  **UNITED STATES DISTRICT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**                                                                          - 2 -